UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JENNIFER LAWS,

    *Plaintiff,*

    vs.                        Case Number: 2:23-cv-01030-GJF-DLM

STURM, RUGER & CO., INC.,

    *Defendant.*

**UNOPPOSED MOTION TO VACATE SCHEDULING-ORDER DEADLINES AND STAY PROCEEDINGS**

    Sturm, Ruger & Company, Inc. ("Ruger") by and through its counsel of record Rodey, Dickason, Sloan, Akin & Robb, P.A., and pursuant to Fed. R. Civ. P. 7(b)(1) and D.N.M.LR-Civ. 7.2 and 16.1, hereby moves this Court to vacate the deadlines set by Scheduling Order [ECF 010] entered February 5, 2024, vacate the telephonic scheduling conference scheduled March 21, 2024, and to stay these proceedings for 90 days. This Motion is not opposed by Plaintiff. In support of its unopposed Motion, Ruger would show the Court as follows:

    1.    This is a personal injury case arising from an alleged accidental discharge of a Ruger M77 Hawkeye rifle. Plaintiff alleges that Ruger negligently and defectively designed the rifle and caused her injury.

    2.    Following service of the Compliant, parties promptly conducted an examination of the rifle, including examination by computer tomography. The examination results have yet to be fully evaluated, and the parties agree that additional time to complete evaluation of the rifle's condition may lead to a resolution of the case with minimal court involvement.

3. Pursuant to Fed. R. Civ. P. 16(b)(2), good cause exists to vacate all pending deadlines, delay entry of a further scheduling order, and stay proceedings to allow the parties to complete their joint investigation.

For the foregoing reasons, Ruger respectfully requests that this Court vacate the scheduling order; vacate the scheduling conference presently scheduled March 21, 2024 at 9:00 a.m.; and stay proceedings in this matter for 90 days.

Respectfully Submitted By:

RODEY, DICKASON, SLOAN, AKIN & ROBB, PA

By: _____
   Jeffrey M. Croasdell
   B. W. Stone
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone: (505) 765-5900
jcroasdell@rodey.com; bstone@rodey.com
*Attorneys for Defendant Sturm, Ruger & Co., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed through CM/ECF on February 23, 2024.  I further certify that filing caused a copy to be served, consistent with CM/ECF electronic service procedures, upon counsel as follows:

**Whitcomb Selinsky PC**
Jerry Douglas Fields
Joshua Sather
2000 S. Colorado Blvd.
Tower One, Suite 9500
Denver, CO 80222
720-510-9258
doug@whitcomblawpc.com; joshsather@whitcomblawpc.com
*Attorneys for Plaintiff*

B. W. Stone