## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

JENNIFER LAWS,

    *Plaintiff,*

    vs.                                                          Case Number: 2:23-cv-01030-GJF-DLM

STURM, RUGER & CO., INC.,

    *Defendant.*

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff Jennifer Laws and Defendant Sturm, Ruger & Company, Inc., by their attorneys, stipulate to dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear their own costs and fees.

    Respectfully Submitted By:

/s/ Joshua Sather_____
Joshua Sather
WHITCOMB, SELINSKY, P.C.
2000 S. Colorado Boulevard
Tower 1, Suite # 9500
Denver, Colorado 80222
Tel. (303) 534-1949
joshsather@whitcomblawpc.com
*Attorneys for Plaintiff Jennifer Laws*

RODEY, DICKASON, SLOAN, AKIN & ROBB, PA

By: _____
   Jeffrey M. Croasdell
   B. W. Stone
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone: (505) 765-5900
jcroasdell@rodey.com; bstone@rodey.com
*Attorneys for Defendant Sturm, Ruger & Co., Inc*